No. 07-15-00061-CR

| | | |
|---|---|---|
| Donald Wayne Lewis | § | From the 47th District Court |
| Appellant | | of Randall County |
| | § | |
| v. | | November 22, 2016 |
| | § | |
| The State of Texas | | Opinion by Justice Pirtle |
| Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated November 22, 2016, it is ordered, adjudged and decreed that the judgment of the trial court is reformed as set forth in the opinion and affirmed.

We further order, adjudge and decree that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o